**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| NEIGHBORS CREDIT UNION, | ) | |
| | ) | Case Nos: |
| Movant, | ) | |
| | ) | 4:23-mc-00432-MTS |
| vs. | ) | & |
| | ) | 4:23-mc-00434-MTS |
| CARLANDOS LAWRENCE, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

**MEMORANDUM AND ORDER**

Movant Neighbors Credit Union seeks to quash a subpoena and a subpoena duces tecum

delivered to it by the plaintiffs in a matter pending in arbitration. *See Lawrence v. GMT Auto

Sales, Inc.*, No. 21-5705 (USA&M). The Court will deny the Motions to Quash because Movant

has not demonstrated this Court's subject matter jurisdiction. *See Me. Cmty. Health Options v.

Albertsons Cos., Inc.*, 993 F.3d 720, 722 (9th Cir. 2021) ("a party seeking to enforce a subpoena

under Section 7 must establish a basis for subject matter jurisdiction"); *Stolt-Nielsen SA v.

Celanese AG*, 430 F.3d 567, 572 (2d Cir. 2005) ("parties invoking Section 7 must establish a

basis for subject matter jurisdiction independent of the FAA"); *Amgen, Inc. v. Kidney Ctr. of Del.

Cnty., Ltd.*, 95 F.3d 562, 567 (7th Cir. 1996) (holding that Section 7, like other provisions of the

FAA, does not create subject matter jurisdiction); *Chi. Bridge & Iron Co. N.V. v. TRC

Acquisition, LLC*, 2:14-cv-01191-KDE, 2014 WL 3796395, at *2 (E.D. La. July 29, 2014)

(Engelhardt, J.) ("Section 7 of the FAA does not create federal subject matter jurisdiction,"

which means a movant "must establish an independent basis for jurisdiction"); *cf. Badgerow v.

Walters*, 142 S. Ct. 1310, 1316 (2022) ("A federal court may entertain an action brought under

- 2 -

the FAA only if the action has an 'independent jurisdictional basis.'" (quoting *Hall St. Assocs., LLC v. Mattel, Inc.*, 552 U.S. 576, 582 (2008))).

Accordingly,

**IT IS HEREBY ORDERED** that Movant Neighbors Credit Union's Motion to Quash Subpoena, Doc. [1] in 4:23-mc-00432-MTS, and Motion to Quash Subpoena Duces Tecum, Doc. [1] in 4:23-mc-00434-MTS, are **DENIED** for want of a showing of subject matter jurisdiction.

Dated this 24th day of April 2023.

MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE